Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Daniel Mark Alberts

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| DANIEL MARK ALBERTS,<br><br>　　　　Plaintiff,<br><br>　vs.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: EDCV 12-838 JPR<br><br>~~/PROPOSED/~~ ORDER OF DISMISSAL |

　　　The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

　　　IT IS SO ORDERED.

DATE:  December 26, 2012

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　JEAN ROSENBLUTH
　　　　　　　　　　　　　　THE HONORABLE JEAN P. ROSENBLUTH
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1 | DATE: December 20, 2012        Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Denise Bourgeois Haley*

BY: _____
Denise Bourgeois Haley
Attorney for plaintiff Daniel Mark Alberts

-2-